**INFORMATION SYSTEMS & NET-
WORKS CORPORATION, peti-
tioner, v. UNITED STATES.**

No. 06–234.

Jan. 22, 2007.

Petition for writ of certiorari to the United States Court of Appeals for the Federal Circuit denied.